THE CITY OF NEW YORK, Respondent, *v.* MANHATTAN RAILWAY COMPANY, Appellant.

(Submitted May 18, 1908; decided May 26, 1908.)

Motion for re-argument denied, with ten dollars costs. (See 192 N. Y. 90.)

OTTO P. HEYN, Appellant, *v.* NEW YORK LIFE INSURANCE COMPANY, Respondent.

(Submitted May 18, 1908; decided May 26, 1908.)

Motion for re-argument denied, with ten dollars costs. (See 192 N. Y. 1.)

In the Matter of the Accounting of HENRY MCGOUGHRAN, as Administrator of the Estate of ALEXANDER MCGARREN, Deceased, Respondent.

HESTER MCGARREN, Appellant.

*Matter of McGoughran,* 124 App. Div. 312, appeal dismissed.
(Submitted May 19, 1908; decided May 27, 1908.)

MOTION for leave to withdraw an appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered February 21, 1908, which affirmed an order of the New York County Surrogate's Court overruling certain objections to the account of Henry McGoughran, as administrator of the estate of Alexander McGarren, deceased.

*Daniel W. Blumenthal* for motion.

*Daniel D. Sherman* opposed.

Appeal dismissed, with costs, and ten dollars cost of motion.